January 13, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

DON MCCAFFETY, Appellant

NO. 14-14-00756-CV                    V.

JOYCE MCCAFFETY, ET AL, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 17, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Don McCaffety.

We further order this decision certified below for observance.